**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| D. D. CARTER-BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-CV-3236 SPM |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is review of the record. On May 18, 2020, the Court ordered that summons should be issued in this matter. Summons has not yet been returned. As such, the Court will issue alias summons on defendant, the United States of America. Because plaintiff is proceeding pro se, the United States Marshal's Office shall serve on behalf of plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue alias summons in this matter on behalf of plaintiff, D.D. Carter-Boyer.

**IT IS FURTHER ORDERED** that the Clerk is directed to issue process or cause process to issue on the complaint in accordance with Federal Rule of Civil Procedure 4(i). Because plaintiff is proceeding in forma pauperis, the U.S. Marshal's office shall serve the United States Attorney Sayler A. Fleming, for the Eastern District of Missouri, with alias summons, pursuant to Fed.R.Civ.P.4(i)(1)(A)(i).

**IT IS FURTHER ORDERED** that the Clerk shall send a copy of the alias summons and complaint to the Acting Attorney General of the United States, Jeffrey A. Rosen, U.S. Department

of Justice, 950 Pennsylvania Ave., NW, Washington, D.C., 20530-00001, in accordance with Fed.R.Civ.P.4(i)(1)(B).

**IT IS FURTHER ORDERED** that the Clerk shall send a copy of the alias summons and the complaint to the Department of the Treasury, 1500 Pennsylvania Ave., NW, Washington, D.C., 20220 in accordance with Fed.R.Civ.P.4(i)(1)(C).

*[signature]*
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of January, 2021.